NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KELLY WAYNE RILEY, DOC # R27322,       )
                                       )
                  Appellant,           )
                                       )
v.                                     )     Case No. 2D18-3315
                                       )
STATE OF FLORIDA,                      )
                                       )
                  Appellee.            )
_____)

Opinion filed May 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Kelly Wayne Riley, pro se.


PER CURIAM.


                  Affirmed.


LaROSE, C.J., and BADALAMENTI and SMITH, JJ., Concur.